# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**WANDA HUNT,**

      **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　**Case No. 8:09-CV-1922-T-27TBM**

**MORTGAGE ELECTRONIC
REGISTRATION SERVICES, INC., et al.,**

      **Defendants.**

_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 12) recommending that and Plaintiff's construed motions to proceed *in forma pauperis* (Dkts. 9, 11) be denied and that Plaintiff's Amended Complaint (Dkt. 8) be dismissed with prejudice. Plaintiff filed no objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED**:

1)   The Report and Recommendation (Dkt. 12) is adopted, confirmed, and approved and is made a part of this order for all purposes, including appellate review.

2)   Plaintiff's construed motions to proceed *in forma pauperis* (Dkts. 9, 11) are **DENIED**.

3)   Plaintiff's Amended Complaint (Dkt. 8) is **DISMISSED** with prejudice.

4)   The Clerk is directed to **CLOSE** the case.

**DONE AND ORDERED** in chambers this 21st day of September, 2010.

                            _____
                            **JAMES D. WHITTEMORE**
                            **United States District Judge**

Copies to: Plaintiff; Counsel of Record